IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TI GROUP AUTOMOTIVE SYSTEMS, LLC | § § § § | |
| | | CIVIL ACTION NO. 7:24-CV-00141 |
| VS. | § § | |
| LUIS ENRIQUE ALVARADO | § § | |

**PLAINTIFF'S REPLY IN SUPPORT OF ENFORCEMENT OF CONTRACT BY SPECIFIC PERFORMANCE AND POTENTIALLY BY CONTEMPT**

Plaintiff TI Group Automotive Systems, LLC files this Reply to Defendant'sBrief with respect to Enforcing the SRIW agreement via specific performance and via contempt in response and shows the Court as follows:

Plaintiff's counsel, in conjunction with counsel in Mexico in similar cases, has routinely coordinated with Defendants such as Mr. Alvardo to voluntarily dismiss their Mexico labor cases. For example, in *Thermo Fisher Scientific, Inv. v. Ducharme*, Civil Action No. M-08-9, Mr. Ducharme easily dismissed his labor case following this court's granting partial summary judgment, and the parties dismissed that case. Attached is the declaration of Franciso J. Pena-Valdes, who describes how such dismissals are routinely carried out. Also attached is a copy of correspondence to Mr. Ducharme's counsel and the order of dismissal entered in the Ducharme case.

There is frankly no impediment to Mr. Alvardo easily and quickly dismissing his Mexico labor case. And it is clear his Mexico labor case represents merely a shotgun approach to adding every conceivable defendant as a claimed employer, when this Court has determined Plaintiff was his employer.

1

Respectfully submitted,

By:    /s/ *Jeffrey Hiller*
      JEFFREY A. HILLER
      State Bar No. 00790883
      S.D. Tex. No. 23334
      jhiller@ccn-law.com
ATTORNEY IN CHARGE FOR PLAINTIFF
Of Counsel: CACHEAUX, CAVAZOS & NEWTON, L.L.P.
333 Convent Street
San Antonio, Texas 78205
Telephone:  210/244-0202
Facsimile:  210/222-2453


**CERTIFICATE OF SERVICE**

On March 17, 2026 a copy of the foregoing motion was served by via the ECF/CM system to all counsel of record as indicated below:

Carlos Escobar
Escobar Law Firm, PLLC
1000 S. Bicentennial Blvd.
McAllen, Texas 78501
carlos@escobarlawfirm.com

      /s/ Jeffrey Hiller
      Jeffrey Hiller

2