### DECLARATION OF FRANCISCO J. PENA-VALDES

Francisco J. Peña-Valdés hereby declares, pursuant to 28 U.S.C. 1746, the following:

1.      My name is Francisco J. Peña-Valdés. I am a citizen of Mexico and the United States, a licensed Mexican attorney, and a partner at the law firm Cacheaux, Cavazos & Newton, LLP, in its McAllen, Texas office. I practice labor law in Mexico and have been practicing labor Law for over 30 years. I have represented many clients before Mexican Labor Boards, and I am familiar with the applicable laws, statutes, rules of evidence, and proceedings.

2.      I am familiar with Mr. Alvarado's Mexico labor lawsuit in this matter. I have reviewed TI Group Automotive Systems, LLC's ("TI Auto") Third Amended Complaint and exhibits, as well as Defendant Luis Alvarado's Brief Regarding Enforcement of Contract by Specific Performance and Contempt. I have also reviewed Mr. Alvarado's Mexico labor lawsuit and am familiar with the proceedings therein. In fact, I have communicated with Mr. Alvarado's Mexico counsel on his Mexico labor case and appeared in various hearings in Mexico on that matter.

3.      In my experience, Mr. Alvarado can quickly and easily request and obtain the dismissal of his Mexican labor lawsuit by appearing in person at the labor court in Reynosa, Mexico by himself or with his Mexico counsel and advise the court that he wishes to dismiss his Labor Case. He can do so by appearing in person before the competent Conciliation and Arbitration Board in Reynosa, Mexico and stating his desire to withdraw the complaint, abandon the actions asserted, and revoke any powers of attorney or prior authorizations granted in the record.

4.      When he does so in person and states that he withdraws the claim, the actions asserted, and the powers and authorizations previously granted in the file, the Labor Board should recognize the withdrawal as immediately effective.

5.      In my experience and in my practice, the labor board will record Mr. Alvarado's appearance, acknowledge the withdrawal, revoke the representation previously granted to counsel or other authorized persons, and order the proceeding closed and archived as fully and finally concluded.

6.      I have confirmed and obtained dismissals of labor cases in Mexico for over 15 years, including personally attending the dismissal of the Mexico labor case by Anthony Ducharme at issue in Thermo Fisher Scientific, Inc. vs. Ducharme, Civil Action No. M-08-9 in the Southern District of Texas, McAllen Division and in various other similar cases filed in state and federal court in Hidalgo County, Texas.

I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct.

Executed on this 17th day of March 2026.

_____
Francisco J. Peña-Valdés