# CACHEAUX, CAVAZOS & NEWTON, L.L.P.

*Attorneys At Law*
Convent Plaza
333 Convent Street
San Antonio, Texas 78205-1348
(210) 222-1642
Facsimile: (210) 222-2453

JEFFREY A. HILLER                                                                                      OF
COUNSEL


October 10, 2008


**VIA E-MAIL**
Roxella T. Cavazos
Atlas & Hall LLP
818 Pecan Blvd.
McAllen, TX 78501

> Re:    Civil Action No. M-08-009; *Thermo Fisher Scientific, Inc. v. Anthony Ducharme;* In
>        the United States District Court for the Southern District of Texas, McAllen Division
>        Our File No. S799/004

Dear Ms. Cavazos:

This will confirm we have fully and finally settled this matter on the following terms:

1.    Mr. Ducharme will appear before the appropriate labor board in Reynosa, Mexico and dismiss his labor claim with prejudice. He will cooperate with Fisher to take all steps necessary to effectuate the final dismissal of such action.   He will coordinate with Fisher's counsel so that Fisher's Mexican counsel will be present at his dismissal of the labor action.  He will not file any actions or seek to recover any monies in Mexico or elsewhere from any Fisher entity or affiliate relating in any way to his employment (other than unemployment in Texas).

2.    Following the dismissal of his labor case, Fisher and Ducharme via its attorneys will file a joint motion to dismiss this case with prejudice and submit a joint motion for dismissal with prejudice.  Each party will bear its own costs and attorney's fees and Fisher agrees not to enforce the noncompetition portion of the agreement.  Ducharme may work wherever and in whatever capacity he chooses.  Finally, Fisher will not seek to recover its fees and damages in this case so long as Mr. Ducharme complies with his obligations under this agreement.

F:\JAH\Fisher Scientific\Correspondence\settle.ltr.doc

Roxella Cavazos, Esq.
October 10, 2008
Page Two (2)


      If the above accurately reflects our agreement, please sign where indicated and fax or email same back to me.  If not, please call me to discuss this matter further.

                Very truly yours,


                Jeffrey A. Hiller

AGREED:


_____
ROXELLA CAVAZOS


JAH