UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THERMO FISHER SCIENTIFIC INC., *et al* | § § § | |
| VS. | § § | CIVIL NO. M-08-9 |
| ANTHONY DUCHARME | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON this day the Court considered the Parties' Joint Motion to Dismiss. The Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all costs and fees are to borne by the Party incurring same.

This is a final order disposing of all issues and parties.

SO ORDERED this 13th day of November, 2008, at McAllen, Texas.

_____
Randy Crane
United States District Judge