United States District Court
Southern District of Texas

**ENTERED**

March 24, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TI GROUP AUTOMOTIVE SYSTEMS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-00141 |
| | § | |
| LUIS E ALVARADO, | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

On February 23, 2026, the Court entered summary judgment against Defendant, Luis Enrique Alvarado for breach of contract. (Dkt. No. 81) The Court finds Plaintiff is entitled to judgment as requested in its Third Amended Complaint for breach of contract and specific performance. The Court further finds Defendant has breached his contract with Plaintiff titled "Employee Selection of Laws, Exclusive Remedy, Indemnity Agreement and Waiver" (the "Agreement") by filing a labor case in Mexico and that such contract should be specifically enforced.

It is therefore **ORDERED** that Defendant shall immediately comply with the Agreement and dismiss or cause to be dismissed or withdrawn the Mexico Labor case he filed against Defendant and all other parties under labor Case No. 576/5/2019 filed in the Special State Labor Board No. 5 located in Reynosa, Tamaulipas, Mexico.

**IT IS FURTHER ORDERED** that should Defendant fail to comply with this judgment and dismiss the Mexico labor case within a reasonable time, the Court may issue further orders against Defendant to secure compliance with this judgment.

Plaintiff shall recover its reasonable and necessary attorney's fees and shall submit an application for such fees and expenses.

1 / 2

All relief not expressly granted herein is **DENIED**.

SO ORDERED March 24, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge